# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-15513, 22-16348

**Case Name** | USA v. Battle Born Investments Company, LLC, et al.

Hearing Location (*city*) | San Francisco

Your Name | Merry Jean Chan

List the sitting dates for the three sitting months you were asked to review:

> June 5-9, 2023
> July 10-14 & 17-21, 2023
> August 14-18 & 21-25, 2023

Do you have an unresolvable conflict on any of the above dates? ◉ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> I am unavailable June 9, 2023, because of my child's graduation.
> I am scheduled to be out of town visiting family from August 14-18 and 21-25, 2023.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◉ Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

> 22-16248, USA v. Lucas Buckley, San Francisco
> 22-16085, USA v. Roman Hossain, San Francisco
> 22-15514, USA v. Ilija Matukso, San Francisco

**Signature** | /s/ Merry Jean Chan | **Date** | 2/27/2023

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** | *New 12/01/2018*